IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MIDLAND NATIONAL LIFE
INSURANCE COMPANY,

    Plaintiff,

v.

                              Civil Action No.: 2:12-CV-16

JAMES M. LIBERTO

    Defendant.

## DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Midland National Life Insurance Company ("Midland"), in the above captioned action, certifies that Midland is wholly owned by Sammons Financial Group, Inc. ("Sammons"), and there are no parents, subsidiaries and/or affiliates of Midland or Sammons that have issued shares or debt securities to the public

Dated: January 9, 2012        JONES, GREGG, CREEHAN & GERACE, LLP

                                        By: _____
                                            JOHN P. DAVIS, III, ESQUIRE
                                            PA I.D. 33294
                                            411 SEVENTH AVENUE, SUITE 1200
                                            PITTSBURGH, PA 15219
                                            TELEPHONE:(412)261-6400
                                            FACSIMILE:(412) 261-2652
                                            jpd@jgcg.com

                                            ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DISCLOSURE STATEMENT** has been served via United States Mail, First Class, postage prepaid, this 9th day of January 2012, to:

James M. Liberto
756 Unity Center Road
Pittsburgh, PA   15239-1463

JONES, GREGG, CREEHAN & GERACE, LLP

By: _____
JOHN P. DAVIS, III, ESQUIRE
PA I.D. 33294
411 SEVENTH AVENUE, SUITE 1200
PITTSBURGH, PA 15219
TELEPHONE: (412) 261-6400
FACSIMILE: (412) 261-2652
jpd@jgcg.com

ATTORNEY FOR PLAINTIFF